# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MISTY LEWIS,<br><br>  Plaintiff,<br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br><br>  Defendant. | **Civil Action No.:** 5:23-cv-01376-XR<br><br>**ORDER OF DISMISSAL** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant First Advantage Background Services Corp., and good cause appearing,

The above-entitled matter is hereby **DISMISSED WITH PREJUDICE** as there are no remaining defendants and this case is **CLOSED**.

**IT IS SO ORDERED.**

**SIGNED** this 10th day of July, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1